

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-13-00455-CV

| | | |
|---|---|---|
| In re the Office of the Attorney General of Texas | § | Original Proceeding |
| | § | From the 324th District Court |
| | § | of Tarrant County (324-530590-13) |
| | § | February 6, 2014 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by relator The Office of the Attorney General. We conditionally grant relator's petition. Writ will issue only if the trial court fails to vacate its November 27, 2013 order in accordance with the opinion.

It is ordered that real party interest, Curtis Rogers, pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Lee Gabriel_____
    Justice Lee Gabriel